NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPIGEN KOREA CO., LTD., A REPUBLIC OF KOREA CORPORATION,**

*Plaintiff-Appellant*

**v.**

**ISPEAKER CO., LTD., A REPUBLIC OF KOREA CORPORATION, VRS DESIGN, INC., A CALIFORNIA CORPORATION,**

*Defendants-Appellees*

**DOES, 1 THROUGH 10, INCLUSIVE,**

*Defendant*

---

2019-1292

---

Appeal from the United States District Court for the Central District of California in No. 2:16-cv-08559-DOC-DFM, Judge David O. Carter.

---

## JUDGMENT

---

KAREN KIM, Lucem PC, Los Angeles, CA, argued for plaintiff-appellant. Also represented by HEEDONG CHAE.

MICHAEL EISENBERG, Holland & Knight, LLP, New York, NY, argued for defendants-appellees.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 17, 2020                    /s/ Peter R. Marksteiner
        Date                         Peter R. Marksteiner
                                     Clerk of Court